COOLEY LLP
MICHELLE S. RHYU (212922) (rhyums@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

GOODWIN PROCTER LLP
Elaine Herrmann Blais (*pro hac vice*)
eblais@goodwinlaw.com
Daryl Wiesen (*pro hac vice*)
dwiesen@goodwinlaw.com
100 Northern Ave.
Boston, MA 02110
Telephone: (617) 570-1000
Facsimile: (617) 321 4371

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELLTRION, INC., CELLTRION HEALTHCARE CO., LTD., TEVA PHARMACEUTICALS USA, INC., AND TEVA PHARMACEUTICALS INTERNATIONAL GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., BIOGEN INC., HOFFMANN-LA ROCHE INC., AND CITY OF HOPE.<br><br>Defendants. | Case No. 3:18-cv-00276-WHO<br><br>**STIPULATION AND ORDER RE: REVISED DATES FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO L.R. 6-2 AND 7-12** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.: 3:18-cv-00276-WHO

**STIPULATION AND (PROPOSED) ORDER RE: REVISED DATES FOR BRIEFING AND HEARING ON DEFS' MTD PURSUANT TO L.R. 6-2 AND 7-12**

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Celltrion, Inc., Celltrion Healthcare |
| 3 | Co., Ltd., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals International GmbH |
| 4 | (collectively, "Plaintiffs") and Defendants Genentech, Inc., Biogen, Inc., Hoffmann La-Roche Inc., |
| 5 | and City of Hope (collectively, "Defendants") jointly submit this stipulation regarding Plaintiffs' |
| 6 | time to respond to Defendants' Motion to Dismiss. The parties request that the Court approve the |
| 7 | Stipulation and enter the proposed order. |
| 8 | WHEREAS, Defendants filed a Motion to Dismiss Pursuant to Federal Rules of Civil |
| 9 | Procedure 12(b)(1) and 12(b)(6) in this action on February 28, 2018; |
| 10 | WHEREAS, the current deadlines for the Opposition Brief and Reply Brief are March 14, |
| 11 | 2018, and March 21, 2018, respectively; |
| 12 | WHEREAS, counsel for Plaintiffs have multiple case dispositive briefs due the week of April |
| 13 | 12, 2018; |
| 14 | WHEREAS, the Motion to Dismiss was Noticed for hearing on April 4, 2018; |
| 15 | WHEREAS, the Initial Case Management Conference has been set for April 10, 2018; |
| 16 | WHEREAS, Lead Counsel for Plaintiffs is unavailable on April 4, 2018 due to a conflict |
| 17 | with a previously scheduled trial in a different case; |
| 18 | The parties now STIPULATE as follows: |
| 19 | (1) The deadline for the Opposition Brief shall be extended to <u>March 21, 2018</u>; |
| 20 | (2) The deadline for the Reply Brief shall be extended to <u>April 2, 2018</u>; |
| 21 | (3) The hearing date shall be rescheduled to be held on the same date as the Initial Case |
| 22 | Management Conference, on either of the dates below, as preferred by the Court: |
| 23 | April 10, 2018 at 2 PM _____; OR |
| 24 | April 11, 2018 at 2 PM _____. |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.: 3:18-cv-00276-WHO  1  **STIPULATION AND (PROPOSED) ORDER RE: REVISED DATES FOR BRIEFING AND HEARING ON DEFS' MTD PURSUANT TO L.R. 6-2 AND 7-12**

Dated: March 12, 2018

*/s/ Michelle S. Rhyu*
Michelle S. Rhyu (173985)
COOLEY LLP
Attorney for All Plaintiffs

*/s/ Josh B. Gordon*
Josh B. Gordon
IRELL & MANELLA
Attorney for All Defendants

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiffs have obtained the concurrence of Defendants' counsel in the filing of this Stipulated Request.

Dated: March 12, 2018

*/s/ Michelle S. Rhyu*
Michelle S. Rhyu
COOLEY LLP
Attorney for All Plaintiffs

**ADDITIONAL COUNSEL**

COOLEY LLP
JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

COOLEY LLP
EAMONN GARDNER (310834)
(egardner@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

GOODWIN PROCTER LLP
Elizabeth J. Holland (*pro hac vice*)
eholland@goodwinlaw.com
Robert V. Cerwinski (*pro hac vice*)
rcerwinski@goodwinlaw.com
Huiya Wu (*pro hac vice*)
hwu@goodwinlaw.com
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

GOODWIN PROCTER LLP
Natasha E. Daughtrey (319975)
ndaughtrey@goodwinlaw.com
601 S. Figueroa Street
Los Angeles, CA 90017-5704

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.: 3:18-cv-00276-WHO

2

**STIPULATION AND (PROPOSED) ORDER RE: REVISED DATES FOR BRIEFING AND HEARING ON DEFS' MTD PURSUANT TO L.R. 6-2 AND 7-12**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as modified here: the Case Management Conference and hearing on the motion to dismiss will be held on April 18, 2018 at 2:00 p.m.

DATED: March 13, 2018

_____
Honorable William H. Orrick
United States District Judge